SHARTSIS FRIESE LLP
ERICK C. HOWARD (Bar #214107)
ehoward@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
FELICIA A. DRAPER (Bar #242668)
fdraper@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:    (415) 421-6500
Facsimile:    (415) 421-2922

Attorneys for Defendants
SIMPSON STRONG-TIE COMPANY, INC. and
SIMPSON MANUFACTURING COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARY W. COOPER, TERRI G. COOPER, FERNANDINA BEACH, LLC, SIMON NGUYEN, & THOAI DOAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPSON STRONG-TIE COMPANY, INCORPORATED, a California corporation; SIMPSON MANUFACTURING COMPANY, INCORPORATED, a Delaware corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 3:19-cv-07901-TSH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:         June 11, 2020<br>Time:       10:00 a.m.<br>Dept.:      Courtroom G<br>Judge:     Hon. Thomas S. Hixson |

This matter came on for hearing on the Motion of Defendants Simpson Strong-Tie Company, Inc. and Simpson Manufacturing Company, Inc. (collectively "Defendants") for sanctions against Plaintiffs' counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED that Defendants' Motion for Sanctions is granted and Plaintiffs' counsel shall pay Defendants' reasonable attorney fees and costs in connection with responding to the First Amended Class Complaint and bringing the present Motion, which fees and costs total $_____.

Dated: _____    _____

Honorable Thomas S. Hixson
United States District Court Judge

8594916

Case No.
3:19-cv-07901-TSH

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR SANCTIONS PURSUANT TO RULE 11 OF THE FRCP