UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY W COOPER, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>SIMPSON STRONG-TIE COMPANY, INC., et al.,<br><br>   Defendants. | Case No. 19-cv-07901-TSH<br><br>**ORDER RE: MOTION FOR RULE 26 CONFERENCE AND INITIAL DISCLOSURES**<br><br>Re: Dkt. No. 50 |

On May 14, 2020, Plaintiffs filed a Motion for Order Requiring Rule 26(f) Conference and Initial Disclosures. ECF No. 50. Plaintiffs' motion does not comply with the undersigned's Discovery Standing Order because (1) there is no indication that the parties met and conferred telephonically,[1] and (2) the dispute should be presented in a joint discovery letter brief, not a motion. Accordingly, the Court **DENIES** the motion **WITHOUT PREJUDICE** and **ORDERS** the parties to meet and confer as directed in the standing order, and if they cannot resolve their dispute, to present it in a joint letter brief.

**IT IS SO ORDERED.**

Dated: May 15, 2020

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] When counsel are located in the Bay Area, the standing order normally requires in-person meet-and-confer. However, that requirement is suspended during the current pandemic.