| | |
|---|---|
| SHARTSIS FRIESE LLP<br>ERICK C. HOWARD (Bar #214107)<br>JOSEPH V. MAUCH (Bar #253693)<br>SUZANNE S. ORZA (Bar #312906)<br>One Maritime Plaza, Eighteenth Floor<br>SAN FRANCISCO, CA 94111-3598<br>Telephone: (415) 421-6500<br>Facsimile: (415) 421-2922<br>Email: ehoward@sflaw.com<br>Email: jmauch@sflaw.com<br>Email: sorza@sflaw.com | MICHAEL F. RAM (Bar #104805)<br>MARIE APPEL (Bar #187483)<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6923<br>Email: mram@forthepeople.com<br>Email: mappel@forthepeople.com |
| LORBER GREENFIELD & POLITO LLP<br>BRUCE WALLACE LORBER (Bar #74719)<br>THOMAS F. OLSEN (Bar #184641)<br>142 Sansome Street, Third Floor<br>San Francisco, CA 94104<br>Telephone: (877) 229-9800<br>Email: blorber@lorberlaw.com<br>Email: tolsen@lorberlaw.com | GRAHAM B. LIPPSMITH (Bar# 221984)<br>CELENE CHAN ANDREWS (Bar #260267)<br>LIPPSMITH LLP<br>555 Flower Street, Suite 4400<br>Los Angeles, CA 90071<br>Telephone: (213) 254-4800<br>Facsimile: (213) 254-4801<br>Email: g@lippsmith.com<br>Email: cca@lippsmith.com |
| Attorneys for Defendants<br>SIMPSON STRONG-TIE COMPANY INC.<br>and SIMPSON MANUFACTURING<br>COMPANY, INC. | Attorneys for Plaintiffs and the Putative Class |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SALHOTRA, SANDHYA SALHOTRA, MELISSA CARD, KEVIN SULLINS, MAURICE VAN ROEKEL AS TRUSTEE OF THE VAN ROEKEL SURVIVOR'S TRUST, CORY CZARNICK and NOLA CZARNICK on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SIMPSON STRONG-TIE COMPANY, INCORPORATED, a California corporation, SIMPSON MANUFACTURING COMPANY, INCORPORATED, a Delaware corporation, and DOES 1 through 200, inclusive,<br><br>　　　　　Defendants. | Case No. 3-19-cv-07901-TSH<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO SHORTEN NOTICE PERIOD AND HEAR DEFENDANTS' MOTION TO EXCLUDE AT THE CLASS CERTIFICATION HEARING** |

Plaintiffs Ravi Salhotra, Sandhya A. Salhotra, Melissa Card, Kevin Sullins, Maurice Van Roekel as trustee of the Van Roekel Survivor's Trust, Cory Czarnik, and Nola Czarnik (collectively, "Plaintiffs") and Defendants Simpson Strong-Tie Company Inc. and Simpson Manufacturing Company, Inc. (collectively, "Simpson" or "Defendants") set forth the following joint stipulation, pursuant to Civil Local Rule 6-2, requesting an order shortening the notice period and setting the hearing on Defendants' Daubert Motion to Exclude the Declaration and Testimony of Paul W. Brown at the same date and time as Plaintiffs' Motion for Class Certification:

WHEREAS, on October 15, 2020, the Court issued a Case Management Order that, among other things, set the following case management deadlines:

| Deadline to Move for Class Certification | 8/20/2021 |
| --- | --- |
| Deadline to File Opposition to Class Certification Motion | 9/17/2021 |
| Deadline to File Reply in Support of Class Certification Motion | 10/1/2021 |
| Hearing on Class Certification Motion | 10/21/2021 |

WHEREAS, on August 20, 2021, Plaintiffs filed a Motion for Class Certification and, in support of that Motion, among other supporting declarations, the Declaration of Paul W. Brown;

WHEREAS, on August 23, 2021, the Court issued an order setting the hearing for the Motion for Class Certification at 10:00 a.m. on October 21, 2021;

WHEREAS, on September 17, 2021, Defendants filed an Opposition to the Motion for Class Certification and a Daubert Motion to Exclude the Declaration and Testimony of Paul W. Brown, with the hearing date of the Motion to Exclude set for the date and time of the hearing for the Motion for Class Certification at 10:00 a.m. on October 21, 2021;

WHEREAS, filing the Motion to Exclude on September 17 with the hearing set for October 21 provided 34-days' notice, one day less than required by Civil Local Rule, "[e]xcept as otherwise ordered or permitted by the assigned Judge";

WHEREAS, Defendants filed the Motion to Exclude with the hearing set for October 21 based on the understanding that the briefing and hearing schedule that the parties agreed on for

- 1 -

class certification—and that the Court included in its Case Management Order—encompassed all filings related to Class Certification, including any motion to exclude expert testimony offered in support of class certification, but Defendants have now learned that Plaintiffs disagree with that understanding;

WHEREAS, notwithstanding this disagreement, the parties agree that the hearing on Defendants' Motion to Exclude should be set for the same time as Plaintiffs' Motion for Classification;

THEREFORE, Plaintiffs and Defendants, by and through their counsel, stipulate and agree that the hearing on Defendants' Daubert Motion to Exclude the Declaration and Testimony of Paul W. Brown may be heard in conjunction with Plaintiffs' Motion for Classification at 10:00 a.m. on October 21, 2021.

DATED:   October 5, 2021          SHARTSIS FRIESE LLP


By:/s/ Erick C. Howard
    ERICK C. HOWARD

Attorneys for Defendants
SIMPSON STRONG-TIE COMPANY INC. and SIMPSON MANUFACTURING COMPANY, INC.

DATED:   October 5, 2021          LIPPSMITH LLP


By:/s/ Graham B. Lippsmith
    GRAHAM B. LIPPSMITH

Attorneys for Plaintiffs and the Punitive Classes

- 3 -

## DECLARATION UNDER CIVIL LOCAL RULE 5-1(i)(3)

I, ERICK C. HOWARD, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND PROPOSED ORDER TO SHORTEN NOTICE PERIOD AND HEAR DEFENDANTS' MOTION TO EXCLUDE AT THE CLASS CERTIFICATION HEARING.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have the concurrence of the signatory above indicated by a "conformed" signature (/s/) within this e-filed document.

DATED:  October 5, 2021                    */s/ Erick C. Howard*
                                                                           ERICK C. HOWARD

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                                 Hon. Thomas S. Hixson
                                                 United States Magistrate Judge

9073036

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598