UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVI SALHOTRA, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>SIMPSON STRONG-TIE COMPANY, INC., et al.,<br><br>             Defendants. | Case No. 19-cv-07901-TLT<br><br>**JUDGMENT**<br><br>ECF 258 |

On November 4, 2024, the Court granted Defendant's Motion for Judgment on the Pleadings. Pursuant to Federal Rule of Civil Procedure 12(c), the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 4, 2024

_____
TRINA L. THOMPSON
United States District Judge